UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH FARGNOLI,<br>          Defendant | )<br>)<br>)<br>). CRIMINAL NO. 1:25-cr-00069-RCL<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION FOR PERMISSION TO TRAVEL**

Defendant, Joseph Fargnoli, by and through undersigned counsel, respectfully requests that this Honorable Court grant him permission to travel to Brunswick County, North Carolina.

As grounds for his motion, Mr. Fargnoli states the following:

1. On May 16, 2025, Mr. Fargnoli was arraigned before the Court based on an indictment charging him with one count of Conspiracy to Commit Wire Fraud and Mail Fraud and two counts of Wire Fraud.

2. Mr. Fargnoli was released on a personal recognizance bond with standard conditions that include, among other things, the Court's approval of any travel aside from travel to the Western District of New York and Washington DC for court purposes only. *See* Dkt # 45. Mr. Fargnoli has complied with his conditions of release.

3. Mr. Fargnoli's family had previously scheduled a gathering in Brunswick County, NC for an opportunity to unite given the family resides across the United States. Mr. Fargnoli's children reside in the South, New England and West Coast, making it difficult for the family to unite in person. This visit is particularly important for the family's mental well-being during this turbulent and difficult time.

4. Mr. Fargnoli respectfully requests that the Court grant him permission to travel to Brunswick County, North Carolina from June 27th through July 6th to attend this family gathering.

5.      Undersigned counsel has shared this motion with AUSA Joshua Gold who assented to the motion.

## Conclusion

For the reasons set forth above, Mr. Fargnoli respectfully requests that the Court grant his travel request.

Respectfully submitted,

Joseph Fargnoli,

By his attorney,

*/s/ William J. Lovett*
William J. Lovett (BBO #643525)
LOVETT O'BRIEN LLP
155 Federal Street, Suite 1300
Boston, MA 02110
Telephone: (617) 603-0748
Fax: (617) 314-0447
wlovett@lovettobrien.com

## CERTIFICATE OF SERVICE

I, William J. Lovett, certify that a true and correct copy of the Defendant's Assented to Motion for Permission to Travel was filed through the ECF System on this day of June 12, 2025, and will be sent electronically to all counsel of record.

/s/ William J. Lovett
William J. Lovett