UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 25-CR-69 (RCL) |
| : | |
| ERLEND OLSON, ET AL. : | |
| : | |
| Defendants. : | |

**JOINT MOTION TO CONTINUE AND FOR EXCLUSION
OF TIME UNDER THE SPEEDY TRIAL ACT**

The United States, by and through its attorney, the U.S. Attorney for the District of Columbia, hereby respectfully moves this Court for a continuance of the status conference and to exclude time from the calculation of time before which this matter must be brought to trial under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7).

A status conference in this case is presently scheduled for November 3, 2025, at 11:00 a.m. Having conferred with counsel for the defense, no parties have any issues to immediately raise with the Court. Additionally, on October 3, 2025, the government made a production of 127,541 potentially privileged documents pursuant to the procedure described in ECF No. 61. Furthermore, the Government is still waiting for counsel for the defendants to obtain an appropriate security clearance so that it may produce classified discovery. As such, no party is currently seeking a trial date or motions schedule. Accordingly, and out of respect for the Court's time, the parties are requesting a continuance of the status conference scheduled for November 3, 2025, to January 8, 2026, January 9, 2026, or another date that works for the Court approximately sixty days in the future.

Undersigned counsel has conferred with counsel for the defendants and each attorney has represented to undersigned counsel that they join in the motion. Additionally, the counsel for the

defendants represented that their clients do not oppose exclusion of time under the Speedy Trial Act until the next hearing. The Speedy Trial Act allows for the exclusion of time from within which to proceed to trial based on a continuance granted by the Court on the Court's own motion, at the request of the defendant or at the request of the government, where the Court issues findings that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Here, exclusion of time under the Speedy Trial Act is warranted given the complexity of the case, the anticipated application of the Classified Information Procedures Act, and the significant electronic information provided to and still being reviewed by the defense in discovery.

For all the foregoing reasons, and with consent of all defendants, the United States respectfully requests this Court to continue the status conference presently set for January 8, 2026, January 9, 2026, or another date that works for the Court approximately sixty days in the future. Furthermore, the parties request a finding that this continuance constitutes excludable time under 18 U.S.C.§ 3161(h)(7) of the Speedy Trial Act.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      /s/ Joshua A. Gold
         Joshua A. Gold
         TX Bar No. 24103101
         Rebecca G. Ross
         N.Y. Bar No. 5590666
         Jolie F. Zimmerman
         D.C. Bar No. 465110
         Assistant United States Attorneys
         U.S. Attorney's Office
         601 D St NW

2

        Washington, D.C. 20530  
        Office: 202-815-8965  
        Joshua.Gold@usdoj.gov

By:    */s/ Alexis S. Hughes*  
       Alexis S. Hughes  
       D.C. Bar No. 90017487  
       Department of Justice Tax Division  
       150 M Street, N.E., Room 1.1405  
       Washington, DC 20002  
       alexis.hughes@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 25-CR-69 (RCL) |
| | : | |
| ERLEND OLSON, ET AL. | : | |
| | : | |
| **Defendants.** | : | |

### **[PROPOSED] ORDER**

Now before the Court is the government's Joint Motion to Continue the status hearing currently set for November 3, 2025. Upon consideration, the motion is hereby GRANTED. The status hearing set for November 3, 2025, is VACATED. And a new status hearing date is set for _____, 2026 at _____. With each defendant's consent and for the reasons stated in the government's motion, time is excluded under the Speedy Trial Act until _____, as the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial

Date: _____

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE