# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 25-CR-69-4 |
| : | |
| **JOSEPH FARGNOLI,** : | |
| : | |
| **Defendant.** : | |

## JOINT MOTION TO SET A CHANGE OF PLEA HEARING

The United States, by and through its attorney, the U.S. Attorney for the District of Columbia, and counsel for Defendant Joseph Fargnoli, hereby respectfully move this Court to set a date and time for a change of plea hearing in the captioned matter. After consulting with the Court for its availability, the parties are also available to appear for a change of plea hearing on the following dates and times:

1) January 20, 2026, at 2:00pm

2) January 21, 2026, at 2:00pm

3) January 22, 2026, at 2:00pm

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Rebecca G. Ross*
Rebecca G. Ross
N.Y. Bar No. 5590666
Jolie F. Zimmerman
D.C. Bar No. 465110
Assistant United States Attorneys
U.S. Attorney's Office
601 D St NW
Washington, D.C. 20530
Rebecca.Ross2@usdoj.gov

By:     */s/ Alexis S. Hughes*
Alexis S. Hughes
D.C. Bar No. 90017487
Department of Justice Tax Division
alexis.hughes@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 25-CR-69-4 |
| : | |
| **JOSEPH FARGNOLI.** : | |
| : | |
| **Defendant.** : | |

**[PROPOSED] ORDER**

Now before the Court is the Government's Consent Motion to Set a Change of Plea Hearing. Upon consideration, the motion is hereby GRANTED. A change of plea hearing date is set for January _____, 2026, at _____.


Date: _____

THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE