UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH FARGOLI,<br><br>Defendant | )<br>)<br>)   CRIMINAL NO. 1:25-cr-00069-RCL<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION FOR PERMISSION TO TRAVEL**

Defendant, Joseph Fargnoli, by and through undersigned counsel, respectfully requests that this Honorable Court grant him permission to travel for the following purposes.

As grounds for his motion, Mr. Fargnoli states the following:

1. On May 16, 2025, Mr. Fargnoli was arraigned before the Court based on an indictment charging him with one count of Conspiracy to Commit Wire Fraud and Mail Fraud and two counts of Wire Fraud.

2. On January 20th, Mr. Fargnoli plead guilty pursuant to a plea agreement.

3. Mr. Fargnoli was released on a personal recognizance bond with standard conditions that include, among other things, the Court's approval of any travel aside from travel to the Western District of New York and Washington DC for court purposes only. *See* Dkt # 45. Mr. Fargnoli has complied with his conditions of release.

4. Mr. Fargnoli respectfully request that the Court grant him permission to travel for the following reasons:

    a. Mr. Fargnoli requests permission to travel to Atlanta Georgia to attend a sales conference relate to his work from March 7 to March 10th.

    b. Mr. Fargnoli request permission to attend his daughter's college graduation in Boston Massachusetts from April 26th to April 30th.

  c. Mr. Fargnoli request permission to travel to attend his son's graduation from Georgia Tech from May 6th to May 10th.

5. Undersigned counsel has shared this motion with AUSA Rebecca Ross who assented to the motion.

## Conclusion

For the reasons set forth above, Mr. Fargnoli respectfully requests that the Court grant his travel request.

Respectfully submitted,

Joseph Fargnoli,

By his attorney,

*/s/ William J. Lovett*
William J. Lovett (BBO #643525)
LOVETT O'BRIEN LLP
155 Federal Street, Suite 1300
Boston, MA 02110
Telephone: (617) 603-0748
Fax: (617) 314-0447
wlovett@lovettobrien.com

## CERTIFICATE OF SERVICE

I, William J. Lovett, certify that a true and correct copy of the Defendant's Assented to Motion for Permission to Travel was filed through the ECF System on this day of February 27, 2026, and will be sent electronically to all counsel of record.

/s/ William J. Lovett
William J. Lovett